THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Nguyet Phan,       
Respondent,
 
 
 

v.

 
 
 
Tuong Thien Quang,       
Appellant.
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-548
Submitted July 15, 2003  Filed September 
 25, 2003 

AFFIRMED

 
 
 
Tuong Thien Quang, of Mount Pleasant; for Appellant, pro 
 se.
Nguyet Phan, of Charleston; for Respondent, pro se.
 
 
 

PER CURIAM: Nguyet Pahn filed suit in magistrates 
 court for money due on a note against Tong Thien Quang.  The magistrate held 
 in favor of Phan for an amount of $6,255.00, finding that Quang had repaid a 
 portion of the note.  Quang appealed the judgment to circuit court arguing that 
 the amount he already paid was $5,000 and that the amount due under the note 
 was only $3,000.  The circuit judge affirmed the magistrate.  Quang appealed, 
 and we affirm [1] pursuant to Rule 220, SCACR, and the following authorities:  
 Hadfield v. Gilchrist, 343 S.C. 88, 538 S.E.2d 268 (Ct. App. 2000) (stating 
 that on review of a circuit courts affirmance of a magistrates judgment, the 
 Court of Appeals will affirm, absent an error of law, if there are any facts 
 supporting the circuit courts order); Vacation Time of Hilton Head Island 
 v. Kiwi Corp., 280 S.C. 232, 312 S.E.2d 20 (Ct. App. 1984) (noting that 
 the Court of Appeals is without jurisdiction to reverse findings of fact of 
 the circuit court on review from the magistrates court if there is any supporting 
 evidence).
AFFIRMED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.